### AKIN v. COMER MERCANTILE COMPANY.

ATKINSON, J. Under the provisions of Civil Code §§ 3349, 3350, a mortgage given to secure the purchase-price of supplies furnished to aid in making a crop of a given year is superior to the lien thereon of an older common-law judgment, though the mortgage was executed after such supplies were furnished, and subsequently to the levy of the execution issued upon such common-law judgment. *Franklin* v. *Callaway*, 120 *Ga.* 382 (47 S. E. 970).

*Judgment affirmed. All the Justices concur.*
SEPTEMBER 26, 1912.

Money rule. Before Judge Meadow. Madison superior court. March 20, 1911.

*J. F. L. Bond*, for plaintiff. *B. T. Moseley*, for defendant.